PRUDENTIAL PROPERTY AND CASUALTY INSURANCE
COMPANY v. NORMAN B. BARTELS.

May 4, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES H. HALL, JR.

May 4, 1982.

Petition for certification granted.  (See 183 *N.J. Super.* 224)

JOINT LEGISLATIVE COMMITTEE ON ETHICAL STANDARDS,
STATE OF NEW JERSEY v. WILLIAM O. PERKINS, JR.

May 4, 1982.

Petition for certification denied.  (See 179 *N.J. Super.* 352)

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL
PROTECTION v. VENTRON CORPORATION.

May 18, 1982.

Petitions for certification granted.  (See 182 *N.J. Super.* 210)